B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Windy Acquisition LLC d/b/a Gage Food Products, d/b/a Dale Foods** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**38-3596903** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**600 N. York Road**<br>**Bensenville, IL**<br>ZIP Code **60106** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(4/10) | Page 2 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Windy Acquisition LLC d/b/a Gage Food Products, d/b/a Dale Foods** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Windy Acquisition LLC d/b/a Gage Food Products, d/b/a Dale Foods** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Abraham Brustein**
Signature of Attorney for Debtor(s)

**Abraham Brustein 0327662**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**

Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**February 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Dean Calvert**
Signature of Authorized Individual

**Dean Calvert**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**February 15, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Windy Acquisition LLC d/b/a Gage Food Products, d/b/a Dale Foods**   Case No. _____

Debtor(s)   Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CRP-2 Holdings AA, LP<br>Mulherin Rehfeldt & Varchetto PC<br>211 S. Wheaton Avenue  #200<br>Wheaton, IL 60187 | CRP-2 Holdings AA, LP<br>Mulherin Rehfeldt & Varchetto PC<br>211 S. Wheaton Avenue  #200<br>Wheaton, IL 60187 | Past due rent | | 285,000.00 |
| Arvid & Karen Frankhenhoff<br>P.O. Box 640<br>Lancaster, VA 22503 | Arvid & Karen Frankhenhoff<br>P.O. Box 640<br>Lancaster, VA 22503 | | | 234,585.02 |
| Betty Hillman<br>605 Sutton Place  #A301<br>Longboat Key, FL 34228 | Betty Hillman<br>605 Sutton Place  #A301<br>Longboat Key, FL 34228 | | | 131,002.43 |
| Center for Orthodox Studies<br>3141 Old Farm Lane<br>Walled Lake, MI 48390 | Center for Orthodox Studies<br>3141 Old Farm Lane<br>Walled Lake, MI 48390 | | | 87,814.45 |
| Jaffe Raitt Heuer & Weiss<br>27777 Franklin Road  #2500<br>Southfield, MI 48086-5034 | Jaffe Raitt Heuer & Weiss<br>27777 Franklin Road  #2500<br>Southfield, MI 48086-5034 | | | 45,967.84 |
| Beals Hubbard Pl<br>30665 Northwestern Highway  #100<br>Farmington, MI 48334 | Beals Hubbard Pl<br>30665 Northwestern Highway  #100<br>Farmington, MI 48334 | | | 45,053.96 |
| Rita Jameson<br>32034 Crossbow Beverly HIlls<br>Franklin, MI 48025 | Rita Jameson<br>32034 Crossbow Beverly HIlls<br>Franklin, MI 48025 | | | 40,587.99 |
| C.H. Robinson Co.<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | C.H. Robinson Co.<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | | | 33,729.35 |
| Amazing Food Creations! LLC<br>2105 Hammond Drive<br>Schaumburg, IL 60173 | Amazing Food Creations! LLC<br>2105 Hammond Drive<br>Schaumburg, IL 60173 | | | 30,375.04 |
| UPS Freight<br>28013 Network Place<br>Chicago, IL 60673 | UPS Freight<br>28013 Network Place<br>Chicago, IL 60673 | | | 30,073.87 |
| JNS<br>P.O. Box 290297<br>Tampa, FL 33687 | JNS<br>P.O. Box 290297<br>Tampa, FL 33687 | | | 29,304.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Windy Acquisition LLC d/b/a Gage Food Products, d/b/a Dale Foods**                    Case No. _____
                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Con-Way Freight Inc.**<br>**P.O. Box 5160**<br>**Portland, OR 97208** | **Con-Way Freight Inc.**<br>**P.O. Box 5160**<br>**Portland, OR 97208** | | | **28,888.90** |
| **KB Hillman Inc.**<br>**427 Newcastle Drive**<br>**Cary, IL 60013** | **KB Hillman Inc.**<br>**427 Newcastle Drive**<br>**Cary, IL 60013** | **Commissions owed** | | **26,933.03** |
| **Chicago Can Co.**<br>**7715 S. 78th Avenue #3**<br>**Bridgeview, IL 60455** | **Chicago Can Co.**<br>**7715 S. 78th Avenue #3**<br>**Bridgeview, IL 60455** | | | **25,771.04** |
| **Calvert Financial Corporation**<br>**3141 Old Farm Lane**<br>**Walled Lake, MI 48390** | **Calvert Financial Corporation**<br>**3141 Old Farm Lane**<br>**Walled Lake, MI 48390** | | | **25,010.00** |
| **Shipping Services, Inc.**<br>**d/b/a Unishippers**<br>**P.O. Box 30790**<br>**Columbus, OH 43230** | **Shipping Services, Inc.**<br>**d/b/a Unishippers**<br>**P.O. Box 30790**<br>**Columbus, OH 43230** | | | **23,740.17** |
| **Federal Express**<br>**P.O. .Box 7000**<br>**Tarzana, CA 91357** | **Federal Express**<br>**P.O. .Box 7000**<br>**Tarzana, CA 91357** | | | **23,598.02** |
| **Rick Mills**<br>**504 Quail Trial**<br>**Warrensburg, MO 64093** | **Rick Mills**<br>**504 Quail Trial**<br>**Warrensburg, MO 64093** | **Wages and commissions through 02/13/11** | | **22,274.87** |
| **August Tellar, Inc.**<br>**1157 Berkshire Lane**<br>**Barrington, IL 60010** | **August Tellar, Inc.**<br>**1157 Berkshire Lane**<br>**Barrington, IL 60010** | | | **21,100.00** |
| **Morgan Lewis & Bockius LLP**<br>**Elizabeth S. Perdue**<br>**77 W. Wacker Drive 6th Fl**<br>**Chicago, IL 60601** | **Morgan Lewis & Bockius LLP**<br>**Elizabeth S. Perdue**<br>**77 W. Wacker Drive 6th Fl**<br>**Chicago, IL 60601** | | | **21,071.02** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 15, 2011**                    Signature  **/s/ Dean Calvert**
                                                          **Dean Calvert**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
 American International Chemical
135 Newbury Street
Framingham, MA 01701


A.J. Bossio & Co PC
28004 Center Oaks Court  #100
Wixom, MI 48393


Aabbit Adhesives Inc.
2403 N. Oakley
Chicago, IL 60647


Ace Insurance Company
Department CH 11089
Palatine, IL 60055


ADT Security Services Inc.
2010 Swift Drive
Oak Brook, IL 60523


Aircom USA
190 West 800 North  #202
Provo, UT 84601


Alarm Detection Systems Inc.
1111 Church Road
Aurora, IL 60505


Alison Masog
2625 S. Wilson Street  #102
Tempe, AZ 85282


Amazing Food Creations! LLC
2105 Hammond Drive
Schaumburg, IL 60173


American Outdoors
1441 Pomana Road  Bldg $4
Corona, CA 92882


American United Life Insurance Co
Tamyra L. Jenkins
1American Square  #412N
Indianapolis, IN 46282
```

Arvid & Karen Frankhenhoff
P.O. Box 640
Lancaster, VA 22503


AT & T
P.O. Box 8100
Aurora, IL 60507-8100


AT & T
P.O. Box 8100
Aurora, IL 60507-8100


Atlantic Sweeteners Co.
P.O. Box 640
Lancaster, VA 22503


Atlas Lift Truck Rental & Sales
5050 N. River Road
Schiller Park, IL 60176


August Tellar, Inc.
1157 Berkshire Lane
Barrington, IL 60010


Bake Mark
135 S. LaSalle Street / Dept 3922
Chicago, IL 60674-3922


Barrier Packaging Inc.
595 Blossom Road #110
Rochester, NY 14610


Barrington Packaging Systems Inc.
835 Barrington Point
Barrington, IL 60010


Beals Hubbard PI
30665 Northwestern Highway  #100
Farmington, MI 48334


Bell Marketing Inc.
10135 S. Roberts Road #203
Frankfort, IL 60423

Benchmark
P.O. Box 60000
San Francisco, CA 94160-3484


Betty Hillman
605 Sutton Place #A301
Longboat Key, FL 34228


BF Foods Inc.
4334 W. Chicago Avenue
Chicago, IL 60651


Blommer Chocolate Co.
39857 Treasury Center
Chicago, IL 60694-9800


C.H. Robinson Co.
P.O. Box 9121
Minneapolis, MN 55480-9121


Calvert Financial Corporation
3141 Old Farm Lane
Walled Lake, MI 48390


CanTwo Food Brokerage
101 W. Main Street / Box 456
West Branch, IA 52358


Center for Orthodox Studies
3141 Old Farm Lane
Walled Lake, MI 48390


Chempoint.com
13727 Collections Center Drive
Chicago, IL 60693


Chicago Can Co.
7715 S. 78th Avenue #3
Bridgeview, IL 60455


Chicago Rabbinical Council
2701 W. Howard Street
Chicago, IL 60645

Chicago Sweeteners, Inc.
1700 Higgins Road #610
Des Plaines, IL 60018


CHS
P.O. Box 1099
Hutchinson, KS 67504-1099


Cimco Communications Inc.
Comcast Phone LLC
16333 Collection Center Drive
Chicago, IL 60693


Cintas Corporation
1025 National Parkway
Schaumburg, IL 60173


Cintas Fire
1870 Brummel Drive
Elk Grove Village, IL 60007


Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove Village, IL 60007


CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Commercial Food Systems Inc.
2210 Enterprise Park Place
Indianapolis, IN 46218


Con-Way Freight Inc.
P.O. Box 5160
Portland, OR 97208


Crestmark Bank
850 E. Long Lane Road
Troy, MI 48085

```
CRP-2 Holdings AA, LP
Mulherin Rehfeldt & Varchetto PC
211 S. Wheaton Avenue #200
Wheaton, IL 60187


Daniel Santos
363 Hawthorne Court
Mount Prospect, IL 60056


Delfino Moreno
3646 N. Kedzie Avenue
Chicago, IL 60618


Department of Labor and Economic
Growth Bureau
P.O. Box 30768
Lansing, MI 48060


Di-Cor Engineering Inc.
33 Roseland Drive
Carrying Place, Ontario  K0K 1L0


Edward Margolis
Teller Levit & Silvertrust
11 East Adams Street, Suite 800
Chicago, IL 60603


Encore Sales & Marketing Inc.
22407 68th Avenue South
Kent, WA 98032


Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612


Factory Cleaning Equipment Inc.
1578 Beverly Court  #A
Aurora, IL 60502


Farnsworth & Associates
3895 S. Perkins #5
Memphis, TN 38118
```

Federal Express
P.O. .Box 7000
Tarzana, CA 91357


Fontana Flavors, Inc.
2948 Artesian Road #102
Naperville, IL 60564


Foulds Pasta
520 E. Church Street
Libertyville, IL 60048


Francisco de la Rosa
165 Franklin Drive
Melrose Park, IL 60164


Freightquote.com
1495 Paysphere Circle
Chicago, IL 60674


Future Industrial Chemicals Ltd.
P.O. Box 2636
Hallandale, FL 33008


Gary Wolfe
2 N. Pine
Mount Prospect, IL 60056


GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441


GE Capital
P.O. Box 802585
Chicago, IL 60680-2585


Gentry Enterprises Inc.
P.O. Box 95
Prospect Heights, IL 60070


George Butterfield
174 Lonesome Oak
Rochester, MI 48306

GGC Web
P.O. Box 1386
Kilmarnock, VA 22482


Glen's Snowplowing & Maintenance
17w540 Hillcrest
Wood Dale, IL 60191


Great Lakes Milk Products
3000 W. North Avenue
IL 60167


Green Care Inc.
1110 N. Villa Avenue
Villa Park, IL 60181


GS1 US
P.O. Box 781-3034
Columbus, OH 43271-3034


Guardian
P.O. Box 95101
Chicago, IL 60694-5101


Hall-Sego Marketing
7221 Vaughn Mill Road
Louisville, KY 40228


Harvest Foods Inc.
14330 S. Lakes Drive
Charlotte, NC 28273


HHC Sales
535 S. 18th Street
West Des Moines, IA 50265


Hirtzel Canning
411 Lemoyne Road
Northwood, OH 43619


HW Design Inc.
2s424 White Birch Lane
Wheaton, IL 60187

```
IDF
P.O. Box 10347
Springfield, MO 65808


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
Bankrutpcy Section
100 W. Randolph Street
Chicago, IL 60601


Illinois Dept Employment Security
33 S. State Street
Chicago, IL 60603


Indiana Department of Revenue
P.O. Box 7221
Indianapolis, IN 46207-7221


Internal Revenue Service
Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7317


Iowa Department of Revenue
P.O. Box 10411
Des Moines, IA 50306-0411


Jaffe Raitt Heuer & Weiss
27777 Franklin Road  #2500
Southfield, MI 48086-5034


Jason Nykaza
10705 Timer Drive E
Huntley, IL 60142


Jerry Elowitz
53285 Avenida Villa
La Quinta, CA 92253


JNS
P.O. Box 290297
Tampa, FL 33687
```

```
Jobcare LLC
130 N. Broadway Avenue  #c
Melrose Park, IL 60160


John Mills
504 Quail Trail
Warrensburg, MO 64093


Jose L. Betancourt
2241 N. Elm Street
River Grove, IL 60171


Juhl Brokerage Inc.
5436 S. Street
Omaha, NE 68117


KB Hillman Inc.
427 Newcastle Drive
Cary, IL 60013


Kelley Brokerage Inc.
216 NE 40th Street
Oklahoma City, OK 73105


Kenneth Spangler
5562 Wildspring Drive
Lake in the Hills, IL 60156


Kohner Mann & Kailas SC
Washington Buildign
4650 N. Port Waching Rd.
Milwaukee, WI 53212-1059


Lighthouse Printing Inc.
8940 W. 192nd Street  #C
Mokena, IL 60448


M. Leslie Kite & Associates, PC
208 S. LaSalle Street  #1750
Chicago, IL 60604-1170


Margaret M. Goodman
406 Chase Terrace
Streamwood, IL 60107
```

Mark Webb
217 Meadowbrook Drive
Burlington, NC 27215


Matt-Pak Inc.
2910 Commerce Street
Franklin Park, IL 60131


Mays Chemical Company
875 E. 112th Street
Chicago, IL 60628


McCloud & Company Inc.
Accounting Department
2500 W. Higgins Road  #850
Schaumburg, IL 60195-5220


Morgan Lewis & Bockius LLP
Elizabeth S. Perdue
77 W. Wacker Drive  6th Fl
Chicago, IL 60601


Multi Temps Services Inc.
1821 N. Mannheim Road
Stone Park, IL 60165


Napco Label Solutions Inc.
500 Mitchell Road
Glendale Heights, IL 60139


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


North American Paper Co
2101 Claire Court
Glenview, IL 60025


NTC
P.O. Box 1646
Scottsbluff, NE 69363

```
ODM SRL
P.O. Box 26 A-1143
Vienna
AUSTRIA


OSM
Attn: Melanie
6701 Derbyshire Road
Indianapolis, IN 46227


Pasta Factory
11225 W. Grand Avenue
Melrose Park, IL 60164


Phoenix Converting LLC
1251 W. Ardmore Avenue
Itasca, IL 60143


Pitney Bowes
Global Financial Services
P.O. Box 856460
Louisville, KY 40285-6460


Pitney Bowes
Global Financial Services
P.O. Box 856460
Louisville, KY 40285-6460


Pre Equator Us Inc.
1 E. Illinois Street  #270
Saint Charles, IL 60174


PRF Graphics
4346 DiPaolo Center
Glenview, IL 60025


Professional Placements
8478 Climbing Way
Pinckney, MI 48169


Recon Management Systems Inc.
30400 Telegraph Rd
Suite 472
Franklin, MI 48025
```

Red Dirt Food Group
P.O. Box 851910
Yukon, OK 73099


Reynaldo Ortiz
220 47th Avenue
Bellwood, IL 60104


Rick Mills
504 Quail Trial
Warrensburg, MO 64093


Rita Jameson
32034 Crossbow Beverly HIlls
Franklin, MI 48025


Sales Team Automation
1335 West
1650 North Suite C
Springville, UT 84663


Schwartz Semerdjian Haile Ballard
101 West Broadway
Suite 810
San Diego, CA 92101-8229


Sethness Product Company
PO Box 92331
Chicago, IL 60675-2331


Shipping Services, Inc.
d/b/a Unishippers
P.O. Box 30790
Columbus, OH 43230


Silva International Inc.
523 N. Ash Street
Momence, IL 60954


Sonoco Products Company
91218 Collection Center Drive
Chicago, IL 60693

Southern States Solutions
2628 Lexington Avenue
Kenner, LA 70062


Sprint
P.O. Box 219100
Kansas City, MO 64121


State Disbursements Unit
P.O. Box 5400
Carol Stream, IL 60188


State of Michigian
Unemployment Insurance Agency
PO Box 8068
Royal Oak, MI 48068


Steve Maxson
1443 Sutter Drive
Hanover Park, IL 60133


Summit Food Brokers Inc.
613 Staitti Street
Humble, TX 77338


Summit Food Marketing Inc.
1495 Allenwood Road
Conshohocken, PA 19428


Susane Gilbert
1742 N. 33rd Street
Stone Park, IL 60165


Swanee Lumber Sales Inc.
60 Turner Avenue, Suite 1R
Elk Grove Village, IL 60007


The ISC Group
41W255 Empire Rd
Saint Charles, IL 60175


TIC Gums Inc.
4609 Richlynn Drive
Belcamp, MD 21017

Toyota Financial Services
Commerical Finance
Dept 2431
Carol Stream, IL 60132-2431


Treloar Product Development
P.O. Box 2, 39 Queen St.
Cobourg, ON Canada


Triangle Package Machinery
6655 W. Diversey Avenue
Elmwood Park, IL 60707


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


Univar USA Inc.
7050 W. 71st Street
Chicago, IL 60638


UPS Freight
28013 Network Place
Chicago, IL 60673


UPS Ground
P.O. Box 650580
Dallas, TX 75265


Van Eerden Distribution
650 Ionia SW
Grand Rapids, MI 49503


Veolia Environmental Services Inc.
P.O. Box 6484
Carol Stream, IL 60197-6484


Village of Bensenville
12 South Center Street
Bensenville, IL 60106


Wolff Group
525 Ottawa Avenue NW
Grand Rapids, MI 49503

```
ZEP Sales & Service
13237 Collections Center Drive
Chicago, IL 60693
```