**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  Windy Acquistion, LLC                )
                                             )
                                             )    Bankruptcy No.  11-5838
                                             )
              Debtor.                        )    Chapter  11

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant:  Abraham Brustein & the Law Firm of DiMonte & Lizak, LLC

Authorized to Provide Professional Services to:  Windy Acquisition, LLC

Date of Order Authorizing Employment:  March 8, 2011

Period for Which Compensation is Sought:
From  October 1 , 2011  through  January 18 , 2012

Amount of Fees Sought:  $ 56,807.50

Amount of Expense Reimbursement Sought:  $ 4,206.80

This is an:    Interim Application _____    Final Application  ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 7/19/2011 | 2/8/11 through 5/31/11 | $42,553.95 | $41,520.45 | $41,520.45 |
| 10/18/11 | 6/1/11 through 9/30/11 | $20,579.80 | $20,579.80 | $19,000.00 |

Dated:  1/18/2012                                        /s/ Julia Jensen Smolka
                                                              (Counsel)

(Rev 11/19/10)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINDY ACQUISITION, LLC d/b/a | ) | Case No. 11-5838 |
| Gage Foods Products d/b/a Dale Foods, | ) | |
| | ) | |
| Debtor. | ) | The Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Date of Hearing: February 9, 2012 |
| | ) | Time of Hearing: 9:30 a.m. |

### NOTICE OF MOTION

To:   See service list attached.

**PLEASE TAKE NOTICE** that on the 9th day of February, 2012 at 9:30 a.m., I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 613 of the U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, to then and there present **THIRD AND FINAL FEE APPLICATION OF DI MONTE & LIZAK, LLC AS ATTORNEY FOR WINDY ACQUISITION, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**, pursuant to which DiMonte & Lizak, LLC seeks final additional compensation in the amount of $56,807.50 and an additional expense reimbursement in the amount of $4,206.80, for the period from October 1, 2011 through January 18, 2012.

By:   /s/ Abraham Brustein

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of January, 2012, he duly served (or caused to be served) the above described Notice by First Class U.S. Mail, other than those electronically notified, together with copies of the Motion and Proposed Order referred to herein.

/s/ Abraham Brustein

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
abrustein@dimontelaw.com
jjensen@dimontelaw.com
dsamz@dimontelaw.com

**In re Windy Acquisition, LLC**
**Case No. 11-5838**
**Service List**

**VIA ECF**

Patrick Layng
Office of the United States Trustee
219 S. Dearborn Street #873
Chicago, IL 60604

Christopher Horvay
Mark Leipold
Pia Thompson
Gould & Ratner LLP
222 N. LaSalle Street #800
Chicago, IL 60601
chorvay@gouldratner.com
mleipold@gouldratner.com
pthompson@gouldratner.com

CRP-2 Holdings AA, LP:
Ruth B. Sosniak
Mitchell Lieberman
Noonan and Lieberman
105 W. Adams Street #1100
Chicago, IL 60603
rsosniak@noonanandlieberman.com
mlieberman@noonanandlieberman.com

600 York LLC &
Oakland Capital Partners LLC:
Clarke Gillespie
Raymond Fylstra
John A. Dienner III
Kubasiak, Fylstra, Thorpe & Totunno, P.C.
20 S. Clark Street   29th Floor
Chicago, IL 60603
mgillespie@kftrlaw.com
rfylstra@kftrlaw.com
jdienner@jdienner@kftrlaw.com

Nicor Gas:
Mark D. Roth
Orum & Roth, LLC
53 W. Jackson Boulevaard #620
Chicago, IL 60604
312/922-6262
markdroth@gmail.com

Foulds Inc.:
David Yuen
Tressler LLP
223 S. Wacker Drive 22nd Floor
Chicago, IL 60606
dyuen@tresslerllp.com

Toyota Financial Services:
Scott D. Fink
Weltman Weinberg & Reis, LPA
323 W. Lakeside Avenue #200
Cleveland, OH 44113-1099
ecfndoh@weltman.com

**VIA FIRST CLASS MAIL**

Windy Acquisition LLC
Dean Calvert, General Manager
600 N. York Road
Bensenville, IL 60106

American International Chemical
135 Newbury Street
Framingham, MA 01701

A.J. Bossio & Co PC
28004 Center Oaks Court #100
Wixom, MI 48393

Aabbit Adhesives Inc.
2403 N. Oakley
Chicago, IL 60647

Ace Insurance Company
Department CH 11089
Palatine, IL 60055

ADT Security Services Inc.
2010 Swift Drive
Oak Brook, IL 60523

Aircom USA
190 West 800 North #202
Provo, UT 84601

Alarm Detection Systems Inc.
1111 Church Road
Aurora, IL 60505

Alison Masog
2625 S. Wilson Street #102
Tempe, AZ 85282

Amazing Food Creations! LLC
2105 Hammond Drive
Schaumburg, IL 60173

American Outdoors
1441 Pomona Road
Corona, CA 92882

American United Life Insurance Co
Tamyra L. Jenkins
1American Square #412N
Indianapolis, IN 46282

Ardell Barnes
1399 W. Alluvial
Fresno, CA 93711

Arvid & Karen Frankenhoff
P.O. Box 640
Lancaster, VA 22503

AT & T
P.O. Box 8100
Aurora, IL 60507-8100

Atlantic Sweeteners Co.
P.O. Box 640
Lancaster, VA 22503

Atlas Lift Truck Rental & Sales
5050 N. River Road
Schiller Park, IL 60176

August Tellar, Inc.
1157 Berkshire Lane
Barrington, IL 60010

Augustine Vincent
4718 Pickering Road
Bloomfield Hills, MI 48301

Bake Mark
135 S. LaSalle Street / Dept 3922
Chicago, IL 60674-3922

Barrier Packaging Inc.
595 Blossom Road #110
Rochester, NY 14610

Barrington Packaging Systems Inc.
835 Barrington Point
Barrington, IL 60010

Beals Hubbard PI
30665 Northwestern Highway #100
Farmington, MI 48334

Case 11-05838  Doc 294  Filed 01/19/12  Entered 01/19/12 17:35:07  Desc Main
Document  Page 5 of 19

Bell Marketing Inc.
10135 S. Roberts Road #203
Palos Hills, IL 60465

Benchmark
P.O. Box 60000
San Francisco, CA 94160-3484

Betty Hillman
605 Sutton Place #A301
Longboat Key, FL 34228

BF Foods Inc.
4334 W. Chicago Avenue
Chicago, IL 60651

Blommer Chocolate Co.
39857 Treasury Center
Chicago, IL 60694-9800

C.H. Robinson Co.
P.O. Box 9121
Minneapolis, MN 55480-9121

Calvert Financial Corporation
3141 Old Farm Lane
Walled Lake, MI 48390

CanTwo Food Brokerage
101 W. Main Street / Box 456
West Branch, IA 52358

Casey Ribera
18150 Riviera Place SW
Normandy Park, WA 98166

Center for Orthodox Studies
3141 Old Farm Lane
Walled Lake, MI 48390

Chempoint.com
13727 Collections Center Drive
Chicago, IL 60693

Chicago Can Co.
7715 S. 78th Avenue #3
Bridgeview, IL 60455

Chicago Sweeteners, Inc.
1700 Higgins Road #610
Des Plaines, IL 60018

CHS
P.O. Box 1099
Hutchinson, KS 67504-1099

Cimco Communications Inc.
Comcast Phone LLC
16333 Collection Center Drive
Chicago, IL 60693

Cintas Corporation
1025 National Parkway
Schaumburg, IL 60173

Cintas Fire
1870 Brummel Drive
Elk Grove Village, IL 60007

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove Village, IL 60007

CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094

Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

Commercial Food Systems Inc.
2210 Enterprise Park Place
Indianapolis, IN 46218

Con-Way Freight Inc.
P.O. Box 5160
Portland, OR 97208

David Huch
1523 Collier Place
Smyrna, GA 30080

Dean Calvert
39234 Newland Drive E
West Bloomfield, MI 48323

Department of Labor and Economic
Growth Bureau
P.O. Box 30768
Lansing, MI 48060

Diamondback Group LLC
3141 Old Farm Lane
Commerce Twp, MI 48390

Di-Cor Engineering Inc.
33 Roseland Drive
Carrying Place, Ontario K0K 1L0

Ed Grzesik Sr.
41W255 Empire
St. Charles, IL 60175

Kraft Chemical:
c/o Edward Margolis
Teller Levit & Silvertrust
11 East Adams Street, Suite 800
Chicago, IL 60603

Elston & Irving Park Currency Exchange
3619 W. Irving Park Road
Chicago, IL 60618

Encore Sales & Marketing Inc.
22407 68th Avenue South
Kent, WA 98032

Eric Chapman
3659 Sherwood Circle
Gastonia, NC 28056

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612

Factory Cleaning Equipment Inc.
1578 Beverly Court #A
Aurora, IL 60502

Farnsworth & Associates
3895 S. Perkins #5
Memphis, TN 38118

Federal Express
P.O. Box 7000
Tarzana, CA 91357

Fontana Flavors, Inc.
2948 Artesian Road #102
Naperville, IL 60564

Foulds Pasta
520 E. Church Street
Libertyville, IL 60048

Frank Walsh
4823 Cornwell Avenue
Downers Grove, IL 60515

Freightquote.com
1495 Paysphere Circle
Chicago, IL 60674

Future Industrial Chemicals Ltd.
P.O. Box 2636
Hallandale, FL 33008

GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441

GE Capital
P.O. Box 802585
Chicago, IL 60680-2585

Gentry Enterprises Inc.
P.O. Box 95
Prospect Heights, IL 60070

George Butterfield
174 Lonesome Oak
Rochester, MI 48306

George & Beth Calvert
4215 Butternut Hill
Troy, MI 48098

George Mack
111 SW Columbia Street #700
Portland, OR 97201

George Regep
420 Tilbury Road
Bloomfield Hills, MI 48301

GGC Web
P.O. Box 1386
Kilmarnock, VA 22482

Glen's Snowplowing & Maintenance
17w540 Hillcrest
Wood Dale, IL 60191

Great Lakes Milk Products
3000 W. North Avenue
Melrose Park, IL 60167

Green Care Inc.
1110 N. Villa Avenue
Villa Park, IL 60181

Greg & Stephanie Guice
6115 Pier Place Drive
Lakeland, FL 33813

GS1 US
P.O. Box 781-3034
Columbus, OH 43271-3034

Guardian
P.O. Box 95101
Chicago, IL 60694-5101

Hall-Sego Marketing
7221 Vaughn Mill Road
Louisville, KY 40228

Harvest Foods Inc.
14330 S. Lakes Drive
Charlotte, NC 28273

Hayden Watson Development Ltd.
2464 S. Southwest Glacier #110
Redmond, OR 97756

HHC Sales
535 S. 18th Street
West Des Moines, IA 50265

Hirtzel Canning
411 Lemoyne Road
Northwood, OH 43619

Howard Baker
P.O. Box 185
Washougal, WA 98671

HW Design Inc.
2s424 White Birch Lane
Wheaton, IL 60187

IDF
P.O. Box 10347
Springfield, MO 65808

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
Bankrutpcy Section
100 W. Randolph Street
Chicago, IL 60601

Illinois Dept Employment Security
33 S. State Street
Chicago, IL 60603

Indiana Department of Revenue
P.O. Box 7221
Indianapolis, IN 46207-7221

Internal Revenue Service
Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7317

Iowa Department of Revenue
P.O. Box 10411
Des Moines, IA 50306-0411

Jaffe Raitt Heuer & Weiss
27777 Franklin Road #2500
Southfield, MI 48086-5034

James E. McKown IRA Rollover
2181 Whispering Hills Drive
Washington, MI 48094

James E. McKown
2181 Whispering Hills Drive
Washington, MI 48094

JNS
P.O. Box 290297
Tampa, FL 33687

Jobcare LLC
130 N. Broadway Avenue #C
Melrose Park, IL 60160

Juhl Brokerage Inc.
5436 F Street
Omaha, NE 68117

KB Hillman Inc.
427 Newcastle Drive
Cary, IL 60013

Kenneth B. Hillman IRA
427 Newcastle Drive
Cary, IL 60013

Kelley Brokerage Inc.
216 NE 40th Street
Oklahoma City, OK 73105

Kohner Mann & Kailas SC
4650 N. Port Waching Road
Milwaukee, WI 53212-1059

Lighthouse Printing Inc.
19027 S. Jodi Road #G
Mokena, IL 60448

M. Leslie Kite & Associates, PC
208 S. LaSalle Street #1750
Chicago, IL 60604-1170

Manchester Windy LLC
300 Park Avenue #400
Birmingham, MI 48009

Mark Webb
217 Meadowbrook Drive
Burlington, NC 27215

Mark Vukanovich
61878 Bunker Hill Court
Bend, OR 97702

Matt-Pak Inc.
2910 Commerce Street
Franklin Park, IL 60131

Mays Chemical Company
875 E. 112th Street
Chicago, IL 60628

McCloud & Company Inc.
Accounting Department
2500 W. Higgins Road #850
Schaumburg, IL 60195-5220

Michael Prousis
Assistant Attorney General
33 South State Street, Suite 992
Chicago, IL 60603

Michigan Unemployment Ins Agency
PO Box 8068
Royal Oak, MI 48068

Morgan Lewis & Bockius LLP
Elizabeth S. Perdue
77 W. Wacker Drive 6th Fl
Chicago, IL 60601

Multi Temps Services Inc.
1821 N. Mannheim Road
Stone Park, IL 60165

Napco Label Solutions Inc.
500 Mitchell Road
Glendale Heights, IL 60139

Nebraska Transport Co.
P.O.. Box 1646
Scottsbluff, NE 69363-1646

North American Paper Co
2101 Claire Court
Glenview, IL 60025

ODM SRL
P.O. Box 26 A-1143
Vienna
**AUSTRIA**

OSM
Attn: Melanie
6701 Derbyshire Road
Indianapolis, IN 46227

Patrick Conner
1100 Hampton Garth
Baltimore, MD 21286

Pasta Factory
11225 W. Grand Avenue
Melrose Park, IL 60164

Phoenix Converting LLC
1251 W. Ardmore Avenue
Itasca, IL 60143

Pitney Bowes
Global Financial Services
P.O. Box 856460
Louisville, KY 40285

Pure Equator US Inc.
515 N. River Road #200
Batavia, IL 60510

PRF Graphics
4346 DiPaolo Center
Glenview, IL 60025

Professional Placements
8478 Climbing Way
Pinckney, MI 48169

Recon Management Systems Inc.
30400 Telegraph Road #472
Franklin, MI 48025

Red Dirt Food Group
P.O. Box 851910
Yukon, OK 73099

Richard Aginian
835 Westwood Drive
Birmingham, MI 48009

Rick Mills
504 Quail Traill
Warrensburg, MO 64093

Rita Jameson
32034 Crossbow Beverly Hills
Franklin, MI 48025

Robert Green
2332 Pine Hollow Road
Brighton, MI 48114

Robert T. Little
200 W. Adams Street #2300`
Chicago, IL 60601

Rodney Bassett
2432 N. M Street
Washougal, WA 98671

Roger Baker
3140 Evergeen Way
Washougal, WA 98671

William Sacks
215 Ormwood Drive
Ormond Beach, FL 32176

Sales Team Automation
1335 West 1650 North #C
Springville, UT 84663

Schwartz Semerdjian Haile Ballard
101 West Broadway #810
San Diego, CA 92101-8229

Sethness Product Company
PO Box 92331
Chicago, IL 60675-2331

Shipping Services, Inc.
d/b/a Unishippers
2931 E. Dublin-Granville Road #140
Columbus, OH 43231

Silva International Inc.
523 N. Ash Street
Momence, IL 60954

Southern States Solutions
2628 Lexington Avenue
Kenner, LA 70062

Sprint
P.O. Box 219100
Kansas City, MO 64121

St. Andrew House
3141 Old Farm Lane
Walled Lake, MI 48390

Steve Maxson
1443 Sutter Drive
Hanover Park, IL 60133

Summit Food Brokers Inc.
613 Staitti Street
Humble, TX 77338

Summit Food Marketing Inc.
1495 Allenwood Road
Conshohocken, PA 19428

Swanee Lumber Sales Inc.
60 Turner Avenue, Suite 1R
Elk Grove Village, IL 60007

The ISC Group
41W255 Empire Rd
Saint Charles, IL 60175

TIC Gums Inc.
4609 Richlynn Drive
Belcamp, MD 21017

Treloar Product Development
Box 58023, Rosslyn RPO
Oshawa, ON L1J 8L6
CANADA

Triangle Package Machinery
6655 W. Diversey Avenue
Elmwood Park, IL 60707

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Univar USA Inc.
7050 W. 71st Street
Chicago, IL 60638

UPS Freight
28013 Network Place
Chicago, IL 60673

UPS Ground
P.O. Box 650580
Dallas, TX 75265

Van Eerden Distribution
650 Ionia SW
Grand Rapids, MI 49503

Veolia Environmental Services Inc.
P.O. Box 6484
Carol Stream, IL 60197-6484

Village of Bensenville
12 South Center Street
Bensenville, IL 60106

Wolff Group
525 Ottawa Avenue NW
Grand Rapids, MI 49503

ZEP Sales & Service
13237 Collections Center Drive
Chicago, IL 60693

Faith Dolgin
Asst. Attorney General Revenue
Litigation Bureaus
Illinois Attorney General
100 W. Randolph Street 13th Floor
Chicago, IL 60601
Faith.Dolgin@illinois.gov

Sonoco Products Company:
Tara E. Nauful
Haynsworth Sinkler Boyd, PA
1201 Main Street #2200
Columbia, SC 29201
803/779-3080
tnauful@hsblawfir.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINDY ACQUISITION, LLC d/b/a | ) | Case No. 11-5838 |
| Gage Foods Products d/b/a Dale Foods, | ) | |
| | ) | |
| Debtor. | ) | The Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Date of Hearing: February 9, 2012 |
| | ) | Time of Hearing: 9:30 a.m. |

**THIRD AND FINAL FEE APPLICATION OF DI MONTE & LIZAK, LLC AS ATTORNEYS FOR WINDY ACQUISITION, LLC FOR ALLOWANCE AND PAYMENT OF <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Abraham Brustein and the law firm of DiMonte & Lizak, LLC (collectively, "D & L"), pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(6), hereby move for entry of an order which provides for (i) a final allowance and payment of $56,807.50 in compensation for services rendered on behalf of Windy Acquisition, LLC ("Debtor") from October 1, 2011 through the date this Motion is presented; (ii) a final allowance and payment of $4,206.80 in reimbursement of expenses incurred during the period from October 1, 2011 through January 18, 2012; and (iii) entry of a final order pursuant to Section 330 of the Bankruptcy Code, allowing compensation and reimbursement of expenses for all services rendered to Debtor by D & L from February 10, 2011 through January 18, 2012. The total final award sought by D & L for all of its services rendered in this case is $116,133.00 and $8,015.05 for reimbursement of expenses.

1

## Background

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 15, 2011("Petition Date").

2. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, Debtor continued to operate its business and manage its affairs as Debtor in Possession from the Petition Date through the effective date of its confirmed Second Amended Plan of Reorganization ("Confirmed Plan"). The effective date of the Confirmed Plan was January 9, 2012. No trustee, examiner or committee has been appointed in this case.

3. On March 8, 2011, an order was entered in this case authorizing Debtor to retain the Attorneys as their attorneys in this case. A true and correct copy of the retention order is attached hereto and incorporated herein as **Exhibit A**.

4. This is the final application ("Final Application") made by D & L for allowance of compensation and reimbursement of expenses in this case. D & L has previously submitted, and this Court has previously ruled upon, two interim applications for allowance of compensation and reimbursement of expenses (see Docket Nos. 120 and 197). This Final Application seeks a further allowance of compensation for services rendered and reimbursement of expenses during the period October 1, 2011 through the date of this Motion ("Final Application Period"). This Final Application seeks also to make final the prior interim allowances which were approved pursuant to Section 331 of the Bankruptcy Code on July 19, 2011 and November 15, 2011.

5. This Court has subject matter jurisdiction for the relief requested in this Final Application, pursuant to 28 U.S.C. §1334(b). This Court may enter a final order granting the relief requested in this Final Application as a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

**Services Rendered**

6. During the Final Application Period, D & L's principal activity was focused upon Debtor's efforts to formulate a confirmable plan of reorganization; draft an appropriate plan of reorganization and disclosure statement; and seek approval of the disclosure statement and confirmation of the plan of reorganization.

7. During the Final Application Period, various attorneys affiliated with D & L performed the services for which compensation is requested in this Final Application. Those attorneys and their respective hourly rates are set forth below:

| Attorney | Rate |
|---|---|
| Abraham Brustein (AEB) | $335.00 |
| Julia Jensen Smolka (JEJ) | $265.00 |
| Derek D. Samz (DDS) | $225.00 |
| Adam J. Poteracki (AJP) | $200.00 |
| Ira P. Goldberg (IPG) | $310.00 |
| Law Clerk (LC) | $60.00 |

The billing rates of these attorneys reflect their experience and expertise. The billing rates set forth hereinabove are the standard rates which D & L charges its clients for the services of these attorneys.

8. D&L generally allocates responsibility for a particular task to a single attorney. This general rule does nor apply and does not govern any sensitive or complex tasks, such as developing case strategy, preparing motions or memorandums in contested proceedings, appearing for and participating in evidentiary proceedings, and the drafting of the plan and disclosure statement. For those types of tasks, and other tasks which are either complex or sensitive, attorneys at D&L confer on an "as needed" basis to jointly develop and test ideas, and strategies and to seek proofreading and editorial guidance. D&L believes that this joint, cooperative and interactive time is beneficial to the clients and fosters

delivery of work product which complies with the standards expected in Chapter 11 cases. Even in these more complex matters, if the joint, cooperative or interactive work is primarily for the purpose of training less experienced attorneys, the time of only one attorney is only billed to the client.

9.      Attached to this Final Application as **Group Exhibit B** are six spreadsheets which D & L has prepared and which itemize the services rendered during the Final Application Period, broken down for each of the five categories of service. These spreadsheets are obtained from D & L's Juris legal billing software. D & L uses Juris to issue invoices to all of its clients and to track payments. In Chapter 11 cases in which D & L represents debtors, D & L issues debtor-clients monthly preliminary invoices for information purposes only. Those preliminary invoices are then made final when applications for compensation are submitted. At that time, the software is capable of producing Excel spreadsheets of the type which are attached to this Final Application as **Group Exhibit B**. Final invoices are issued to debtor-clients after an order is entered pursuant to Section 331 or Section 330 of the Bankruptcy Code. The final invoices are adjusted to confirm to the entered order if any request for compensation or reimbursement of expenses is not allowed.

10.     During the Final Application Period, attorneys at D & L expended a total of 197.35 hours in performing services for Debtor, and for which D & L seeks compensation. The total hours of service performed by each attorney is set forth as follows:[1]

---

[1] The total hours of service also includes two hours of estimated time for attorney Julia Jensen Smolka's court appearance after this application is filed.

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Abraham Brustein | $335.00 | 75.85 | $22,827.50 |
| Julia Jensen Smolka | $265.00 | 119.80 | $33,807.00 |
| Derek D. Samz | $225.00 | 0 | $0.00 |
| Adam J. Poteracki | $200.00 | 0 | $0.00 |
| Ira P. Goldberg | $310.00 | .20 | $62.00 |
| Law Clerk | $60.00 | 1.50 | $111.00 |
| | | 197.35 | $56,807.50 |

## Categories of Service

*Summary of Case During Final Application Period*

During the Final Application Period, Debtor completed two tasks which ultimately resulted in the successful conclusion of Debtor's operations as a debtor-in-possession. Debtor completed the negotiation of a fifth amendment to its lease, enabling it, among other things, to obtain a rent reduction of approximately 30% of its existing base rent and an option to extend the lease at reduced rents for an additional five years. Debtor also negotiated an agreement with the landlord for an assumption of the pre-petition lease, as amended, which waived the landlord's rights to receive cure payments for pre-petition defaults. With this accomplished, Debtor was able to formulate a plan of reorganization and disclosure statement. The substance of the plan was negotiated with various creditor constituencies. The plan received the affirmative vote of all voting classes. Orders were entered on December 23, 2011 approving Debtor's Second Amended Disclosure Statement and confirming its Second Amended Plan of Reorganization. The plan became effective on January 9, 2012.

*Case Administration (Category 1)*

11.     D & L's attorneys have expended 34.75 hours in rendering services in this category and seek allowance of compensation in the amount of $9,543.50.[2] This category of service details those services necessary to comply with the procedural requirements of the Bankruptcy Code, such as i) review, preparation or revision of monthly operating reports; ii) preparation for and attendance at court appearances on procedural matters; iii) conferences with representatives of the U.S. Trustee; iv) conferences with representatives of Debtor concerning the status of the case; and v) preparation of fee petitions for professionals. In this category of service, D & L has also included court appearances in which multiple motions or matters were being considered and conferences with clients in which multiple issues were discussed.

*Crestmark Bank (Category 2)*

12.     D & L's attorneys have expended 0.20 hours in rendering services in this category and seek allowance of compensation in the amount of $53.00. This category of service relates to matters involving the status of the relationship with Crestmark Bank, Debtor's lender.

*Claims (Category 3)*

13.     D & L's attorneys have expended 26.80 hours in rendering services in this category and seek allowance of compensation in the amount of $7,228.00. This category relates to the review claims as they were filed, as well as communicating with individual creditors regarding their claims. During the Final Application Period, Debtor filed claim objections which resulted in either the disallowance or the modification of claims held by taxing authorities and various general unsecured creditors.

---

[2] The number of hours of service identified in this category also include two hours of estimated time for attorney Julia Jensen Smolka's court appearance after this application is filed.

*Cash Collateral/Debtor-in-Possession (Category 4)*

14. D & L's attorneys have expended 11.20 hours in rendering services in this category and seek allowance of compensation in the amount of $3,104.00. This category relates to the preparation of cash collateral budgets for its lender, Crestmark Bank, and for obtaining debtor-in-possession financing from a private source.

*Executory Contracts (Category 5)*

15. D & L's attorneys have expended 14.70 hours in rendering services in this category and seek allowance of compensation in the amount of $4,525.50. The primary activity in this category is Debtor's relationship with its landlord. During the Final Application Period, the work focused on negotiating and documenting a Fifth Amendment to the Lease. Debtor filed motions to obtain court approval of its execution of the Fifth Amendment to the Lease and its assumption of the pre-petition lease, as amended. Additionally, Debtor needed to obtain Court approval to enter into a sales representation agreement with sales agent Nuco, LLC.

*Plan / Disclosure (Category 6)*

16. D & L's attorneys have expended 109.70 hours in rendering services in this category for a predominant portion of the services for which D & L seeks allowance of compensation in the amount of $32,353.50. The primary activity in this category is the formulation, drafting and amending of the plan of reorganization and the disclosure statement, and preparing for the confirmation hearing. This Court approved the adequacy of Debtor's Second Amended Disclosure Statement and confirmed Debtor's Second Amended Plan of Reorganization on December 22, 2011.

*Expenses*

17. D & L requests reimbursement for expenses incurred during the Final Application Period in the amount of $4,206.80. An itemization of these expenses is attached to this Final Application as **Exhibit C**. The reimbursement requested for expenses, with the exception of internal photocopies, is the amount charged to D & L by outside vendors. For internal photocopies, D & L charges $0.20 per page.

18. The specific expenses for which reimbursement is sought during the Final Application Period are summarized on the following page:

| Description | Amount |
|---|---|
| Postage/Federal Express | $1,815.53 |
| Pacer/ECF | $3.28 |
| Duplication in House/Copy Service | $2,142.99 |
| Bankruptcy Court Filing Fee | $30.00 |
| Lien Search Fee | $215.00 |
| **Total** | **$4,206.80** |

*Standards*

19. Standards which govern the allowance of compensation and reimbursement of expenses are set forth in Section 330(a) of the Bankruptcy Code. D & L believes that the request for compensation is appropriate given the experience and qualifications of the attorneys performing the services and the complexity of issues presented. D & L believes the rates charged are reasonable and that the tasks performed were necessary. D & L believes that the expense reimbursement being requested is appropriately limited to those expenses which were (i) actually incurred and (ii) necessary to perform the services rendered.

*Certification Under Section 504 of the Bankruptcy Code*

20. By executing this Final Application, Abraham Brustein certifies that neither he nor D & L has any agreement to share with any other person any compensation or reimbursement requested in this Final Application, except those agreements which are applicable to the members and attorneys of D & L which fall within the scope of Section 504(b)(1) of the Bankruptcy Code.

Respectfully submitted,

WINDY ACQUISITION, LLC

By: /s/ Abraham Brustein
One of the attorneys for Debtor

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
abrustein@dimontelaw.com
jjensen@dimontelaw.com
dsamz@dimontelaw.com

C:\MyFiles\KDS\JEJ\Windy Acquisition LLC\Motions\NOM & Third and Final Application for Allowance of Interim Compensation through 13112.wpd