IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINDY ACQUISITION, LLC d/b/a | ) | Case No. 11-5838 |
| Gage Foods Products d/b/a Dale Foods, | ) | |
| | ) | |
| Debtor. | ) | The Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Date of Hearing: June 27, 2012 |
| | ) | Time of Hearing: 10:00 a.m. |

## NOTICE OF MOTION

To:     See service list attached.

**PLEASE TAKE NOTICE** that on the 27th day of June, 2012 at 10:00 a.m., I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 613 of the U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, to then and there present MOTION FOR ENTRY OF AN ORDER OF FINAL DECREE, a copy of which is hereby served upon you..

By:     /s/ Julia Jensen Smolka


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of June, 2012, she duly served (or caused to be served) the above described Notice by First Class U.S. Mail, other than those electronically notified, together with copies of the Motion and Proposed Order referred to herein.

/s/ Julia Jensen Smolka

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
abrustein@dimontelaw.com
jjensen@dimontelaw.com
dsamz@dimontelaw.com

```
```

## In re Windy Acquisition, LLC
## Case No. 11-5838
## Service List

**VIA ECF**

Patrick Layng
Office of the United States Trustee
219 S. Dearborn Street #873
Chicago, IL 60604

Christopher Horvay
Mark Leipold
Pia Thompson
Gould & Ratner LLP
222 N. LaSalle Street #800
Chicago, IL 60601
chorvay@gouldratner.com
mleipold@gouldratner.com
pthompson@gouldratner.com

CRP-2 Holdings AA, LP:
Ruth B. Sosniak
Mitchell Lieberman
Noonan and Lieberman
105 W. Adams Street #1100
Chicago, IL 60603
rsosniak@noonanandlieberman.com
mlieberman@noonanandlieberman.com

600 York LLC &
Oakland Capital Partners LLC:
Clarke Gillespie
Raymond Fylstra
John A. Dienner III
Kubasiak, Fylstra, Thorpe & Totunno, P.C.
20 S. Clark Street  29th Floor
Chicago, IL 60603
mgillespie@kftrlaw.com
rfylstra@kftrlaw.com
jdienner@jdienner@kftrlaw.com

Nicor Gas:
Mark D. Roth
Orum & Roth, LLC
53 W. Jackson Boulevaard #620
Chicago, IL 60604
312/922-6262
markdroth@gmail.com

Foulds Inc.:
David Yuen
Tressler LLP
223 S. Wacker Drive 22nd Floor
Chicago, IL 60606
dyuen@tresslerllp.com

Toyota Financial Services:
Scott D. Fink
Weltman Weinberg & Reis, LPA
323 W. Lakeside Avenue #200
Cleveland, OH 44113-1099
ecfndoh@weltman.com

**VIA FIRST CLASS MAIL**

Windy Acquisition LLC
Dean Calvert, General Manager
600 N. York Road
Bensenville, IL 60106

American International Chemical
135 Newbury Street
Framingham, MA 01701

A.J. Bossio & Co PC
28004 Center Oaks Court #100
Wixom, MI 48393

Aabbit Adhesives Inc.
2403 N. Oakley
Chicago, IL 60647

Ace Insurance Company
Department CH 11089
Palatine, IL 60055

ADT Security Services Inc.
2010 Swift Drive
Oak Brook, IL 60523

Aircom USA
190 West 800 North #202
Provo, UT 84601

Alarm Detection Systems Inc.
1111 Church Road
Aurora, IL 60505

Alison Masog
2625 S. Wilson Street #102
Tempe, AZ 85282

Amazing Food Creations! LLC
2105 Hammond Drive
Schaumburg, IL 60173

American Outdoors
1441 Pomona Road
Corona, CA 92882

American United Life Insurance Co
Tamyra L. Jenkins
1American Square #412N
Indianapolis, IN 46282

Ardell Barnes
1399 W. Alluvial
Fresno, CA 93711

Arvid & Karen Frankenhoff
P.O. Box 640
Lancaster, VA 22503

AT & T
P.O. Box 8100
Aurora, IL 60507-8100

Atlantic Sweeteners Co.
P.O. Box 640
Lancaster, VA 22503

Atlas Lift Truck Rental & Sales
5050 N. River Road
Schiller Park, IL 60176

August Tellar, Inc.
1157 Berkshire Lane
Barrington, IL 60010

Augustine Vincent
4718 Pickering Road
Bloomfield Hills, MI 48301

Bake Mark
135 S. LaSalle Street / Dept 3922
Chicago, IL 60674-3922

Barrier Packaging Inc.
595 Blossom Road #110
Rochester, NY 14610

Barrington Packaging Systems Inc.
835 Barrington Point
Barrington, IL 60010

Beals Hubbard PI
30665 Northwestern Highway #100
Farmington, MI 48334

Bell Marketing Inc.
10135 S. Roberts Road #203
Palos Hills, IL 60465

Benchmark
P.O. Box 60000
San Francisco, CA 94160-3484

Betty Hillman
605 Sutton Place #A301
Longboat Key, FL 34228

BF Foods Inc.
4334 W. Chicago Avenue
Chicago, IL 60651

Blommer Chocolate Co.
39857 Treasury Center
Chicago, IL 60694-9800

C.H. Robinson Co.
P.O. Box 9121
Minneapolis, MN 55480-9121

Calvert Financial Corporation
3141 Old Farm Lane
Walled Lake, MI 48390

CanTwo Food Brokerage
101 W. Main Street / Box 456
West Branch, IA 52358

Casey Ribera
18150 Riviera Place SW
Normandy Park, WA 98166

Center for Orthodox Studies
3141 Old Farm Lane
Walled Lake, MI 48390

Chempoint.com
13727 Collections Center Drive
Chicago, IL 60693

Chicago Can Co.
7715 S. 78th Avenue #3
Bridgeview, IL 60455

Chicago Sweeteners, Inc.
1700 Higgins Road #610
Des Plaines, IL 60018

CHS
P.O. Box 1099
Hutchinson, KS 67504-1099

Cimco Communications Inc.
Comcast Phone LLC
16333 Collection Center Drive
Chicago, IL 60693

Cintas Corporation
1025 National Parkway
Schaumburg, IL 60173

Cintas Fire
1870 Brummel Drive
Elk Grove Village, IL 60007

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove Village, IL 60007

CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094

Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

Commercial Food Systems Inc.
2210 Enterprise Park Place
Indianapolis, IN 46218

Con-Way Freight Inc.
P.O. Box 5160
Portland, OR 97208

David Huch
1523 Collier Place
Smyrna, GA 30080

Dean Calvert
39234 Newland Drive E
West Bloomfield, MI 48323

Department of Labor and Economic
Growth Bureau
P.O. Box 30768
Lansing, MI 48060

Diamondback Group LLC
3141 Old Farm Lane
Commerce Twp, MI 48390

Di-Cor Engineering Inc.
33 Roseland Drive
Carrying Place, Ontario K0K 1L0

Ed Grzesik Sr.
41W255 Empire
St. Charles, IL 60175

Kraft Chemical:
c/o Edward Margolis
Teller Levit & Silvertrust
11 East Adams Street, Suite 800
Chicago, IL 60603

Elston & Irving Park Currency Exchange
3619 W. Irving Park Road
Chicago, IL 60618

Encore Sales & Marketing Inc.
22407 68th Avenue South
Kent, WA 98032

Eric Chapman
3659 Sherwood Circle
Gastonia, NC 28056

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612

Factory Cleaning Equipment Inc.
1578 Beverly Court #A
Aurora, IL 60502

Farnsworth & Associates
3895 S. Perkins #5
Memphis, TN 38118

Federal Express
P.O. Box 7000
Tarzana, CA 91357

Fontana Flavors, Inc.
2948 Artesian Road #102
Naperville, IL 60564

Foulds Pasta
520 E. Church Street
Libertyville, IL 60048

Frank Walsh
4823 Cornwell Avenue
Downers Grove, IL 60515

Freightquote.com
1495 Paysphere Circle
Chicago, IL 60674

Future Industrial Chemicals Ltd.
P.O. Box 2636
Hallandale, FL 33008

GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441

GE Capital
P.O. Box 802585
Chicago, IL 60680-2585

Gentry Enterprises Inc.
P.O. Box 95
Prospect Heights, IL 60070

George Butterfield
174 Lonesome Oak
Rochester, MI 48306

George & Beth Calvert
4215 Butternut Hill
Troy, MI 48098

George Mack
111 SW Columbia Street #700
Portland, OR 97201

George Regep
420 Tilbury Road
Bloomfield Hills, MI 48301

GGC Web
P.O. Box 1386
Kilmarnock, VA 22482

Glen's Snowplowing & Maintenance
17w540 Hillcrest
Wood Dale, IL 60191

Great Lakes Milk Products
3000 W. North Avenue
Melrose Park, IL 60167

Green Care Inc.
1110 N. Villa Avenue
Villa Park, IL 60181

Greg & Stephanie Guice
6115 Pier Place Drive
Lakeland, FL 33813

GS1 US
P.O. Box 781-3034
Columbus, OH 43271-3034

Guardian
P.O. Box 95101
Chicago, IL 60694-5101

Hall-Sego Marketing
7221 Vaughn Mill Road
Louisville, KY 40228

Harvest Foods Inc.
14330 S. Lakes Drive
Charlotte, NC 28273

Hayden Watson Development Ltd.
2464 S. Southwest Glacier #110
Redmond, OR 97756

HHC Sales
535 S. 18th Street
West Des Moines, IA 50265

Hirtzel Canning
411 Lemoyne Road
Northwood, OH 43619

Howard Baker
P.O. Box 185
Washougal, WA 98671

HW Design Inc.
2s424 White Birch Lane
Wheaton, IL 60187

IDF
P.O. Box 10347
Springfield, MO 65808

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
Bankrutpcy Section
100 W. Randolph Street
Chicago, IL 60601

Illinois Dept Employment Security
33 S. State Street
Chicago, IL 60603

Indiana Department of Revenue
P.O. Box 7221
Indianapolis, IN 46207-7221

Internal Revenue Service
Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7317

Iowa Department of Revenue
P.O. Box 10411
Des Moines, IA 50306-0411

Jaffe Raitt Heuer & Weiss
27777 Franklin Road #2500
Southfield, MI 48086-5034

James E. McKown IRA Rollover
2181 Whispering Hills Drive
Washington, MI 48094

James E. McKown
2181 Whispering Hills Drive
Washington, MI 48094

JNS
P.O. Box 290297
Tampa, FL 33687

Jobcare LLC
130 N. Broadway Avenue #C
Melrose Park, IL 60160

Juhl Brokerage Inc.
5436 F Street
Omaha, NE 68117

KB Hillman Inc.
427 Newcastle Drive
Cary, IL 60013

Kenneth B. Hillman IRA
427 Newcastle Drive
Cary, IL 60013

Kelley Brokerage Inc.
216 NE 40th Street
Oklahoma City, OK 73105

Kohner Mann & Kailas SC
4650 N. Port Waching Road
Milwaukee, WI 53212-1059

Lighthouse Printing Inc.
19027 S. Jodi Road #G
Mokena, IL 60448

M. Leslie Kite & Associates, PC
208 S. LaSalle Street #1750
Chicago, IL 60604-1170

Manchester Windy LLC
300 Park Avenue #400
Birmingham, MI 48009

Mark Webb
217 Meadowbrook Drive
Burlington, NC 27215

Mark Vukanovich
61878 Bunker Hill Court
Bend, OR 97702

Matt-Pak Inc.
2910 Commerce Street
Franklin Park, IL 60131

Mays Chemical Company
875 E. 112th Street
Chicago, IL 60628

McCloud & Company Inc.
Accounting Department
2500 W. Higgins Road #850
Schaumburg, IL 60195-5220

Michael Prousis
Assistant Attorney General
33 South State Street, Suite 992
Chicago, IL 60603

Michigan Unemployment Ins Agency
PO Box 8068
Royal Oak, MI 48068

Morgan Lewis & Bockius LLP
Elizabeth S. Perdue
77 W. Wacker Drive 6th Fl
Chicago, IL 60601

Multi Temps Services Inc.
1821 N. Mannheim Road
Stone Park, IL 60165

Napco Label Solutions Inc.
500 Mitchell Road
Glendale Heights, IL 60139

Nebraska Transport Co.
P.O.. Box 1646
Scottsbluff, NE 69363-1646

North American Paper Co
2101 Claire Court
Glenview, IL 60025

ODM SRL
P.O. Box 26 A-1143
Vienna
**AUSTRIA**

OSM
Attn: Melanie
6701 Derbyshire Road
Indianapolis, IN 46227

Patrick Conner
1100 Hampton Garth
Baltimore, MD 21286

Pasta Factory
11225 W. Grand Avenue
Melrose Park, IL 60164

Phoenix Converting LLC
1251 W. Ardmore Avenue
Itasca, IL 60143

Pitney Bowes
Global Financial Services
P.O. Box 856460
Louisville, KY 40285

Pure Equator US Inc.
515 N. River Road #200
Batavia, IL 60510

PRF Graphics
4346 DiPaolo Center
Glenview, IL 60025

Professional Placements
8478 Climbing Way
Pinckney, MI 48169

Recon Management Systems Inc.
30400 Telegraph Road #472
Franklin, MI 48025

Red Dirt Food Group
P.O. Box 851910
Yukon, OK 73099

Richard Aginian
835 Westwood Drive
Birmingham, MI 48009

Rick Mills
504 Quail Traill
Warrensburg, MO 64093

Rita Jameson
32034 Crossbow Beverly Hills
Franklin, MI 48025

Robert Green
2332 Pine Hollow Road
Brighton, MI 48114

Robert T. Little
200 W. Adams Street #2300`
Chicago, IL 60601

Rodney Bassett
2432 N. M Street
Washougal, WA 98671

Roger Baker
3140 Evergeen Way
Washougal, WA 98671

William Sacks
215 Ormwood Drive
Ormond Beach, FL 32176

Sales Team Automation
1335 West 1650 North  #C
Springville, UT 84663

Schwartz Semerdjian Haile Ballard
101 West Broadway #810
San Diego, CA 92101-8229

Sethness Product Company
PO Box 92331
Chicago, IL 60675-2331

Shipping Services, Inc.
d/b/a Unishippers
2931 E. Dublin-Granville Road #140
Columbus, OH 43231

Silva International Inc.
523 N. Ash Street
Momence, IL 60954

Southern States Solutions
2628 Lexington Avenue
Kenner, LA 70062

Sprint
P.O. Box 219100
Kansas City, MO 64121

St. Andrew House
3141 Old Farm Lane
Walled Lake, MI 48390

Steve Maxson
1443 Sutter Drive
Hanover Park, IL 60133

Summit Food Brokers Inc.
613 Staitti Street
Humble, TX 77338

Summit Food Marketing Inc.
1495 Allenwood Road
Conshohocken, PA 19428

Swanee Lumber Sales Inc.
60 Turner Avenue, Suite 1R
Elk Grove Village, IL 60007

The ISC Group
41W255 Empire Rd
Saint Charles, IL 60175

TIC Gums Inc.
4609 Richlynn Drive
Belcamp, MD 21017

Treloar Product Development
Box 58023, Rosslyn RPO
Oshawa, ON L1J 8L6
CANADA

Triangle Package Machinery
6655 W. Diversey Avenue
Elmwood Park, IL 60707

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Univar USA Inc.
7050 W. 71st Street
Chicago, IL 60638

UPS Freight
28013 Network Place
Chicago, IL 60673

UPS Ground
P.O. Box 650580
Dallas, TX 75265

Van Eerden Distribution
650 Ionia SW
Grand Rapids, MI 49503

Veolia Environmental Services Inc.
P.O. Box 6484
Carol Stream, IL 60197-6484

Village of Bensenville
12 South Center Street
Bensenville, IL 60106

Wolff Group
525 Ottawa Avenue NW
Grand Rapids, MI 49503

ZEP Sales & Service
13237 Collections Center Drive
Chicago, IL 60693

Faith Dolgin
Asst. Attorney General Revenue
Litigation Bureaus
Illinois Attorney General
100 W. Randolph Street 13th Floor
Chicago, IL 60601
Faith.Dolgin@illinois.gov

Sonoco Products Company:
Tara E. Nauful
Haynsworth Sinkler Boyd, PA
1201 Main Street #2200
Columbia, SC 29201
803/779-3080
tnauful@hsblawfir.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINDY ACQUISITION, LLC d/b/a | ) | Case No. 11-5838 |
| Gage Foods Products d/b/a Dale Foods, | ) | |
| | ) | |
| Debtor. | ) | The Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Date of Hearing: June 27, 2012 |
| | ) | Time of Hearing: 10:00 a.m. |

### MOTION FOR ENTRY OF AN ORDER OF FINAL DECREE

DEBTOR, Windy Acquisition, LLC d/b/a Gage Foods Products d/b/a Dale Foods ("Debtor"), by and through its attorneys Abraham Brustein, Julia Jensen Smolka and DiMonte & Lizak, LLC, pursuant to 11 U.S.C. 350 and Bankruptcy Rule 3022, seeks entry of an order for a final decree, and in support thereof, states as follows:

1.  On February 5, 2011 ("Filing Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Code").

2.  Pursuant to Sections 1107 and 1108 of the Code, Debtor is operating its business as a debtor-in-possession.

3.  On December 22, 2010, this Court entered an order confirming Debtor's modified plan of reorganization (Docket No. 288).

4.  Debtor has substantially consummated its plan of reorganization. A true and correct chart of the payments which have been made to creditors is attached hereto and incorporated herein as **Exhibit A**. A true and correct chart of the status of remaining payments to be made to creditors is attached hereto and incorporated herein as **Exhibit B**.

5.   There are no pending motions or other activity in this case.

6.   By this motion, Debtor seeks entry of an order closing the case.

7.   Notice of this motion has been sent to all creditors, the U.S. Trustee, and Debtor.

Respectfully submitted,

DIMONTE & LIZAK, LLC

By:   /s/ Julia Jensen Smolka
One of the attorneys for Debtor

Abraham Brustein, #0327662
Julia Jensen Smolka, #6242466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
(847) 698-9600
abrustein@dimontelaw.com
jsmolka@dimontelaw.com
dsamz@dimontelaw.com

C:\Documents and Settings\plh238\Desktop\NoM and Motion for Order of Final Decree.wpd