UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 11-5838
Windy Acquisition, LLC )
d/b/a Gage Foods Products d/b/a Dale Foods )  Chapter: 11
)
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER OF FINAL DECREE

THIS CAUSE coming on to be heard on Debtor's motion for entry of an order of final decree, the Court having conducted such hearing as is applicable under the circumstances, all parties having received notice, and no objection being presented, IT IS HEREBY ORDERED:

1. Debtor's motion for final decree is hereby granted; and

2. Debtor's Case No. 11-5838 will be closed.

Dated: 2 7 JUN 2012

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

**Prepared by:**

Abraham Brustein, #0327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL  60068
847/698-9600
847/698-9623  Facsimile
abrustein@dimontelaw.com
jsmolka@dimontelaw.com

Rev: 201100318_bko